

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/9/12

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MELISSA WACHS**
Assistant Corporation Counsel
Phone: (212) 442-6686
Fax: (212) 788-0902
mwachs@law.nyc.gov

February 7, 2012



RECEIVED
FEB 07 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

**VIA FACSIMILE**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: <u>Jimmy Williams v. City of New York et. al.</u>, 11 CV 5202 (JGK)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York and Police Officers Richard Pengel, Daniel Ehrenreich and Carlos Matos in the above-referenced matter. This case had previously been handled by Elan Parra of this office; however Mr. Parra resigned and I have recently been assigned this matter. I write at this time to respectfully request a brief adjournment of the trial-ready date of June 8, 2012, as I have a vacation overseas previously scheduled for June.[1] Unfortunately, due to travel considerations, I will not know whether I will be out of the country for the first two or the last two weeks of June until the end of March, however, I will alert the Court as soon as these dates are solidified.

  Thank you for your consideration of this matter.

Respectfully submitted,

*Melissa Wachs*

Melissa Wachs
Assistant Corporation Counsel

*Ready Trial date adjourned T July 6, 2012 (48 hours notice). All other dates in the Scheduling Order as unchanged. So ordered.*
*/s/ JGKoeltl*
*U.S.D.J.*
*2/7/12*

---
[1] Plaintiff's attorney has consented to this request.

cc: **VIA FACSIMILE**
Darius Wadia, Esq.
233 Broadway, Suite 2208
New York, NY 10279