**WILLIAMS, JIMMY**                              MALE/ BLACK/ 43                              M09633616

NYSID : 05097856P
Fax Num : MO026769
Court Part : AR3A
Docket Num : 2009NY029451

Arrest Precinct : 32

Arrest Officer : PENGEL, RICHARD
AO Command : 032
AO Taxid : 933161
AO Rank : POM
AO Dept :

Status :
Current Lodging : MF1 FEEDER PEN
Top Charge : PL 220.16 01
Notes On File ? NO

Custody Time : 29 hrs 32 mins
Arraignment Time : 29 hrs 32 mins

| ARREST 04/10/2009 0559 | RECORD CREATE 04/10/2009 1109 | NYSID 04/10/2009 1224 | DNA BANNER 04/10/2009 1235 |
|---|---|---|---|
| PAPERWORK READY 04/10/2009 1240 | AO RELEASE 04/10/2009 1250 | COMPLAINT SWORN 04/10/2009 1600 | POLICE READY 04/10/2009 1600 |
| COMPLAINT RECEIVED 04/10/2009 1630 | BREAKDOWN 04/10/2009 2050 | DOCKETED 04/10/2009 2222 | ARRAIGNMENT CLOSED 04/11/2009 1131 |
| BAIL SET 04/11/2009 1131 | | | |

**Arraignment Status**

| Activity Name | StartDate/Time | EndDate/Time |
|---|---|---|
| ARREST | 04/10/2009 0559 | |
| RECORD CREATE | 04/10/2009 1109 | |
| NYSID | 04/10/2009 1224 | |
| DNA BANNER | 04/10/2009 1235 | 04/10/2009 1235 |
| PAPERWORK READY | 04/10/2009 1240 | |
| AO RELEASE | 04/10/2009 1250 | |
| COMPLAINT SWORN | 04/10/2009 1600 | |
| POLICE READY | 04/10/2009 1600 | |
| COMPLAINT RECEIVED | 04/10/2009 1630 | |
| BREAKDOWN | 04/10/2009 2050 | |
| DOCKETED | 04/10/2009 2222 | |
| ARRAIGNMENT CLOSED | 04/11/2009 1131 | |
| BAIL SET | 04/11/2009 1131 | |

**Lodging Status/History**

| Lodging Name | StartDate/Time | EndDate/Time |
|---|---|---|
| 032 PRECINCT | 04/10/2009 0559 | 04/10/2009 1644 |
| MALE HOLDING (MMH) | 04/10/2009 1644 | 04/10/2009 2302 |
| MF1 FEEDER PEN | 04/10/2009 2302 | 04/11/2009 0120 |
| MALE HOLDING (MMH) | 04/11/2009 0120 | 04/11/2009 0132 |
| MALE HOLDING (MMH) | 04/11/2009 0132 | 04/11/2009 0611 |
| MF1 FEEDER PEN | 04/11/2009 0611 | |

**Charges**

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 220.16 01 | F | B | 3 |
| PL 220.44 01 | F | B | 0 |
| PL 220.06 03 | F | D | 5 |

WILLIAMS, JIMMY | M09633616                              Page 1