UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIMMY WILLIAMS,

                Plaintiff,        11 Civ. 5202 (JGK)

    - against -                ORDER

RICHARD PENGEL, DANIEL EHRENREICH,
and CARLOS MATOS,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants' motion for partial summary judgment on the plaintiff's malicious prosecution claim and their motion to dismiss the plaintiff's fair trial claim are **denied**. The Clerk is directed to close Docket Nos. 22 and 36.

    The complaint against Officer Carlos Matos is dismissed on consent of the parties.

SO ORDERED.

Dated:    New York, New York
           December 13, 2012

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2012
```