

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JIMMY WILLIAMS,

               Plaintiff,          11 **CIVIL** 5202 (JGK)

     -against-                         **JUDGMENT**

RICHARD PENGEL AND DANIEL EHRENREICH,
               Defendants.
-----------------------------------------------------------X

The issues in the above-entitled action having been brought on for trial before the Honorable John G. Koeltl, United States District Judge, and a jury on June 24, 2013, and at the conclusion of the trial on July 1, 2013, the jury having returned a special verdict in favor of the defendants it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
           July 2, 2013

SO ORDERED

_____
      USDJ

                                                           **RUBY J. KRAJICK**
                                                            Clerk of Court
                                        BY:

                                                             **Deputy Clerk**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2013

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

Deputy: Don Fletcher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JIMMY WILLIAMS,
                      Plaintiff,

      -against-

RICHARD PENGEL and DANIEL EHRENREICH,
                      Defendants.
-------------------------------------------------------------X

11 civ 5202 (JGK)

For The Plaintiff: Andrew Brian Stoll
              Stoll, Glickman & Bellina, LLP
              475 Atlantic Aveune, 3rd Floor
              Brooklyn, NY 11217
              (718) 852-3710
            F: (718) 852-3586

              Darius Wadia
              Darius Wadia, L.L.C
              233 Broadway, Suite 2208
              New York, NY 10279
              (212) 233-1212
            F: (212) 571-9149

For The Defendants: Brian Christopher Francolla
              Melissa Wachs
              Assistant Corporation Counsel
              100 Church Street
              New York, NY 10007
              (212) 788-0988
            F: (212) 788-9776

Reporters: Vincent Bologna, Steven Greenblum

June 24, 2013: Jury selected and sworn.

July 1, 2013: Jury returns verdict in favor of defendants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY WILLIAMS,

                Plaintiff,

                                    11 Civ. 5202 (JGK)

    - against -

RICHARD PENGEL AND DANIEL
EHRENREICH,

                Defendants.

# REVISED SPECIAL VERDICT FORM

I.  **False Arrest**

Question 1:

Did defendant Pengel and/or defendant Ehrenreich falsely arrest the plaintiff on April 10, 2009?

|        |            | Yes | No |
|--------|------------|-----|----|
| (i)    | Pengel     |     | ✓  |
| (ii)   | Ehrenreich |     | ✓  |

**If you answered "No" as to both defendants please skip to Question 3.**

**If you answered "Yes" as to either defendant please proceed to Question 1(a).**

Question 1(a):

Did defendant Pengel recover a five dollar bill with a white powdery substance that reasonably appeared to be cocaine from plaintiff's pocket?

YES_____   NO_____

**If you answered "Yes" please proceed to Question 2(a).**

**If you answered "No" please skip to Question 2(b).**

Question 2(a):

What compensatory damages do you find the plaintiff is entitled to for the deprivation of liberty that he suffered from the time of his arrest until the time defendant Pengel recovered a five dollar bill with a white powdery substance that reasonably appeared to be cocaine from the plaintiff's pocket?

$_____

**Proceed to Question 3.**

Question 2(b):

What compensatory damages do you find the plaintiff is entitled to for the deprivation of liberty he suffered from the time of his arrest until his arraignment?

$_____

**Proceed to Question 3.**

2

## II. Malicious Prosecution

Question 3:

Was the plaintiff subjected to malicious prosecution by defendant Pengel and/or defendant Ehrenreich?

|   |   | Yes | No |
|---|---|---|---|
| (i) | Pengel | _____ | ✓ |
| (ii) | Ehrenreich | _____ | ✓ |

**Proceed to Question 4.**


## III. Denial of the Right to a Fair Trial

Question 4:

Did defendant Pengel and/or defendant Ehrenreich deny the plaintiff the right to a fair trial?

|   |   | Yes | No |
|---|---|---|---|
| (i) | Pengel | _____ | ✓ |
| (ii) | Ehrenreich | _____ | ✓ |

**If you answered "No" as to both defendants in Question 3 AND "No" as to both defendants in Question 4, please skip Question 5 and proceed to Question 6.**

**If you answered "Yes" as to either defendant in Question 3 AND/OR Question 4 please proceed to Question 5.**

Question 5:

What compensatory damages do you find the plaintiff is entitled to for the deprivation of liberty he suffered between the time of his arraignment and the time the charges were dismissed on February 17, 2010?

$ _____

**Proceed to Question 6.**

3

## IV. Illegal Strip Search

Question 6:

Did defendant Pengel and/or defendant Ehrenreich subject the plaintiff to an illegal strip search?

|      |            | Yes | No |
|------|------------|-----|-----|
| (i)  | Pengel     |     | ✓ |
| (ii) | Ehrenreich |     | ✓ |

**If you answered "Yes" as to either defendant in Question 6 please proceed to Question 7(a).**

**If you answered "No" as to both defendants in Question 6 AND you answered "Yes" to either and/or both defendants in response to Question 1, 3 AND/OR 4, please skip to Question 8.**

**If you answered "No" as to both defendants in Question 6 AND you answered "No" as to both defendants in response to Questions 1, 3 AND 4, please skip the remaining questions and sign the Special Verdict Form.**

Question 7(a):

Has the plaintiff suffered compensatory damages as a result of being subjected to an illegal strip search?

Yes_____     No_____

**If you answered "Yes" please proceed to Question 7(b).**

**If you answered "No" please proceed to Question 7(c).**

Question 7(b):

What compensatory damages do you find the plaintiff is entitled to for being subjected to an illegal strip search?

$_____

**Proceed to Question 8.**

Question7(c):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his strip search claim?

$_____

**Proceed to Question 8.**

Question 8:

What, if any, punitive damages should be awarded against defendant Pengel?

$_____

**Proceed to Question 9.**

Question 9:

What, if any, punitive damages should be awarded against defendant Ehrenreich?

$_____

**Please proceed to sign the Special Verdict Form.**

5

The jury reached the above verdict by the vote of at least six jurors to each question.

_____
Foreperson

_____

_____

_____

_____

_____

DATED: July 1, 2013
New York, New York

6